[Cite as *State Farm Ins. Co. v. Ohio Dept. of Transp.*, 2011-Ohio-1956.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

STATE FARM INSURANCE CO.

     Plaintiff

     v.

ODOT

     Defendant

Case No. 2010-11391-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On October 21, 2010, plaintiff entity filed a complaint in this court. Plaintiff entity is not represented by an attorney. On October 26, 2010, this court issued an entry ordering plaintiff entity to obtain counsel to proceed with this claim, to file a notice of appearance, and an amended complaint with this court or face dismissal of this case. Plaintiff entity has failed to comply with the court order. Therefore, plaintiff entity's case is DISMISSED pursuant to Civ.R. 41. The court shall absorb the court costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

State Farm Insurance Co.
a/s/o John Antos (22-B195-615)
P.O. Box 2371
Bloomington, Illinois  61702

DRB/laa
Filed 1/28/111
Sent to S.C. reporter 4/15/11